Doyle WILLIAMS, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38748.

Missouri Court of Appeals,
Western District.

April 21, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1987.

Doyle J. Williams, pro se.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and
MANFORD and KENNEDY, JJ.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Mike LULEFF, Appellant.

No. WD 38683.

Missouri Court of Appeals,
Western District.

April 21, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1987.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen. Kansas City, for respondent.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for possession of an explosive weapon, in violation of § 571.020.1(1), RSMo 1986.

Judgment affirmed. Rule 30.25(b).